JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DREXLER, | Case No. CV 17-8552-DMG (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BRADFORD BILLET, | |
| Defendant. | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

Judgment is entered in favor of Defendant Bradford Billet and against Plaintiff Ryan Drexler.

DATED: June 12, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE