Name Daniel A Saunders, Esq. (CA Bar No. 161051)
Address Kasowitz Benson Torres LLP 2029 Century Park E., St 2000
City, State, Zip Los Angeles, California 90067
Phone (424) 288-7900
Fax (424) 288-7901
E-Mail dsaunders@kasowitz.com
☐ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☒ Retained

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

RYAN DREXLER

PLAINTIFF(S),

v.

BRADFORD BILLET

DEFENDANT(S).

CASE NUMBER:

2:17-cv-8552-DMG(JCx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that RYAN DREXLER hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Dismissing complaint with prejudice pursuant to Anti-SLAPP motion

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on June 12, 2018. Entered on the docket in this action on June 12, 2018.

A copy of said judgment or order is attached hereto.

July 12, 2018
Date

/s/ Daniel A. Saunders
Signature
☐ Appellant/ProSe ☒ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).