UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RYAN DREXLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRADFORD BILLET,<br><br>　　　　Defendant. | Case No.: CV 17-8552-DMG (JCx)<br><br>**AMENDED JUDGMENT [49]** |

1  Pursuant to this Court's August 6, 2018 Order awarding Bradford Billet attorney's fees [Doc. # 43] and because the Ninth Circuit has affirmed dismissal of the action [Doc. ## 47, 48], the judgment in this matter is hereby amended as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT: Judgment is entered in favor of Defendant Bradford Billet and against Plaintiff Ryan Drexler in the amount of $20,345.60, with interest accruing at the legal rate pursuant to 28 U.S.C. § 1961, from this date until the judgment plus all accrued interest is paid in full.

DATED: January 14, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE