CHRISTOPHER FROST (SBN 200336)
cfrost@eisnerlaw.com
EISNER, LLP
9601 Wilshire Blvd., 7th Floor
Beverly Hills, California 90210
Telephone: (310) 855-3200
Facsimile: (310) 855-3201

Attorneys for Defendant BRADFORD BILLET

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

RYAN DREXLER,

Plaintiff,

vs.

BRADFORD BILLET,

Defendant.

Case No. 2:17-CV-08552-DMG (JCx)

*The Hon. Dolly M. Gee, Ctrm. 8C*

**ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT**

Defendant Bradford Billet hereby acknowledges satisfaction of the judgment entered in the above-entitled action on January 14, 2020, in his favor and against Plaintiff Ryan Drexler in the amount of $20,345.60. Judgment is satisfied in full.

DATED: January 23, 2020

EISNER, LLP

By: ______________________

CHRISTOPHER FROST
Attorneys for Defendant, BRADFORD BILLET